Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida ▼

Tampa Division

Case No. 8:23 cv 984 KKM JRF

*(to be filled in by the Clerk's Office)*

### Hubert Richards

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Shevaun Harris, Curtis J. Neal, Jodi Zakaria, Tangular Gray, James McDonald, Pamela Block, Robert R. Kynoch, Jim Zingale, William R. Graves, Bernadette Croff, Suffolk County N.Y,, Hernando County Florida

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)* ☑Yes ☐No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Page 1 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Hubert Richards |
| Address | 635 Cape Cod Loop |
| | Spring hill    Fl    34607 |
| | City    State    Zip Code |
| County | Hernando |
| Telephone Number | 352 593-1721 |
| E-Mail Address | Richards2730@gmail.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Shevaun Harris |
| Job or Title (if known) | Florida Secretary of Health and Human Services |
| Address | 2415 N. Monroe Street Suite 400 |
| | Tallahassee    Fl    32303 |
| | City    State    Zip Code |
| County | Leon |
| Telephone Number | |
| E-Mail Address (if known) | |

[✔] Individual capacity   [ ] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Curtis J. Neal |
| Job or Title (if known) | Fifth Circuit Court Judge |
| Address | 20 N. Main Street #310 |
| | Brooksville    Fl    34601 |
| | City    State    Zip Code |
| County | hernando |
| Telephone Number | |
| E-Mail Address (if known) | |

[✔] Individual capacity   [ ] Official capacity

Defendant No. 3

| | |
|---|---|
| Name | Jodi Zakaria |
| Job or Title *(if known)* | Attorney for Department of Revenue |
| Address | 305 N. Apopka Ave |

| Inverness | Fl | 34450 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Citrus |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☑ Individual capacity        ☐ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Tangular Gray |
| Job or Title *(if known)* | Florida Commissioner of Child Support Enforcement |
| Address | 330 C Street, SW |

| Washington | dc | 20201 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☑ Individual capacity        ☐ Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? 4th, 5th, 6th, 7th, 8th, and 14th Amendments

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
**Please see attachment**

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?
**Originated in New York, currently going on in Florida**

B.  What date and approximate time did the events giving rise to your claim(s) occur?
**2008 - till current**

C.  What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*
**Please see attachment**

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am seeking $350,000 in damages. The basis for these claims is the mental anguish, humiliation, money taken illegally, illegal arrests, duress, and the repeated suspensions and reinstatement fees along with the willful and egregious violation of my Constitutional Rights.

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          05/01/2023

Signature of Plaintiff

Printed Name of Plaintiff    Hubert Richards

### B.  For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

Hubert Richards

635 Cape Cod Loop

Spring Hill, F.L. 34607

Case # __8. 23 c √ 984  KKM - SPF__

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA



HUBERT RICHARDS,

      (PLAINTIFF)


V


SHEVAUN HARRIS, as an individual, (FLORIDA SECRETARY OF HEALTH
AND HUMAN SERVICES),

CURTIS J. NEAL, as an individual, (CIRCUIT COURT JUDGE),

JODI A. ZAKARIA, as an individual, (ATTORNEY OF DEPARTMENT OF
REVENUE),

TANGULAR GRAY, as an individual, (FLORIDA COMMISIONER OFFICE OF
CHILD SUPPORT ENFORCEMENT),

JAMES V. MCDONALD, as an individual, (NEW YORK COMMISSIONER OF
HEALTH AND HUMAN SERVICES),

PAMELA BLOCK, as an individual, (CSS III AT SUFFOLK COUNTY CHILD
SUPPORT ENFORCEMENT BUREAU),

SUFFOLK COUNTY NEW YORK,

ROBERT R. KYNOCH, as an individual, (DIRECTOR, DIVISION OF
MOTORIST SERVICES),

JIM ZINGALE, as an individual, (EXECUTIVE DIRECTOR, FLORIDA
DEPARTMENT OF REVENUE),

WILLIAM R. GRAVES, as an individual, (CHIEF DIVISION OF MOTORIST
SERVICES),

HERNANDO COUNTY FLORIDA,

BERNADETTE CROFF/GENTRY, as an individual

(DEFENDANTS),

## COMPLAINT

Hubert Richards ("Plaintiff") submits this complaint against all defendants for
Deprivation of Rights Under 42 U.S.C. 1983 and Demands a Jury Trail.

## PARTIES

1. Plaintiff Hubert Richards, business owner of Lawns of Anubis LLC, is a
   resident of Hernando County, Spring Hill, Florida.
2. Defendant Shevaun Harris, who is the Florida Commissioner for the
   Department of Health and Human Services, also known as DCF, can be
   located at 2415 North Monroe Street Suite 400, Tallahassee, Florida 32303
3. Defendant Curtis J. Neal, who is a Circuit Court Judge of the Fifth Judicial
   Circuit, can be located at 20 N. Main St #310, Brooksville, Florida 34601
4. Defendant Jodi A. Zakaria, who is the attorney of the Department of
   Revenue, can be located at 305 N. Apopka Ave, Inverness, Florida 34450
5. Defendant Tangular Gray, who is the Florida Commissioner of the office of
   child enforcement, can be located at 330 C Street, SW, Washington, DC
   20201
6. Defendant James V. McDonald, who is the Commissioner for the
   Department of Health and Human Services, can be located at 26 Federal
   Plaza, New York, 10278.
7. Defendant Pamela Block, who is the Supervising Child Support Specialist in
   Suffolk County New York, can be located at 3455 Veterans Memorial Hwy,
   Ronkonkoma, New York.

8. Defendant Robert R. Kynoch, who is the Director of Division of Motorist Services, can be located 2900 Apalachee Parkway, Tallahassee, Florida 32399.

9. Defendant Jim Zingale, who is the Executive Director of Florida Department of Revenue, can be located at 5050 W. Tennessee Street, Tallahassee, Florida 32399.

10. Defendant William R Graves, who is the Chief Division of Motorist Services, can be located at 2900 Apalachee Parkway, Tallahassee, Florida 32399

11. Defendant Bernadette Croff/Gentry, who is the mother of Alyssa Croff, can be located at 3108 Paddlefish Dr Lot 194, Fayetteville, North Carolina 28306

## DEPRIVATION OF RIGHTS

12. On September 24, 2008, plaintiff was summoned to appear in Suffolk County Family Court.

13. Defendant Bernadette Croff used false claims and plaintiffs' social security number to obtain government funds without plaintiffs' consent, nor evidence to support such claims which are consistent with fraud.

14. Plaintiff was held in an expediated administrative hearing in front of William Rodriguez, a Support Magistrate, who is not a judicial officer pursuant to section 205.32 of the Family Court Act and has legal knowledge of legal processes as he is an attorney.

15. Plaintiff was deceived into submitting to the jurisdiction waiving personal jurisdiction by making a general appearance under duress, which implied the plaintiff may or shall face a default judgement, may or shall be arrested and driver's license suspended.

16. Plaintiff was never afforded due process of law as stated in the U.S. Constitution.

17. Any implied punishment of arrest or suspension of driver's license is misrepresentation, duress and trickery and thereby fraud upon the plaintiff and fraud is a basis to vacate a support order.

18. The lower court held child support proceedings and failed to cite evidence proving the undersigned plaintiff caused the defendant an injury in fact.

19. Lujan v. Defenders of Wildlife states that the defendant must have suffered an injury in fact, but defendant Bernadette Croff did not introduce any evidence showing the undersigned plaintiff has caused an injury in fact, and

therefore, Suffolk County Family Court failed to obtain personal jurisdiction and therefore the order is void.

20. Any judgement not by peers causing the deprivation of life, liberty, or property was deemed unconstitutional, see Murray's Lessee v. Hoboken Land & Improvement Co., 59 US 272-Supreme Court 1856

21. Defendant Shevaun Harris and defendant James V. McDonald has used, and continues to use, plaintiffs' information to obtain government funds without legal authority, nor judicial authority.

22. On July 6, 2017, defendant Curtis J. Neal, ignored the fact that the order has no judicial signature, and the plaintiff was unemployed, held plaintiff in contempt without "Due Process of Law", as secured by the Fifth and Fourteenth Amendment, as well as a violation of plaintiffs Seventh and Eighth Amendment.

23. Defendant Curtis Neal held plaintiff in contempt, when child support debt is a civil matter, and not enforceable by contempt procedures since the Constitution did away with debtor's prison.

24. Defendant Jodi Zakaria, who has legal knowledge, has violated plaintiffs Fourteenth Amendment Right section 1, by leading the court to have plaintiff held in contempt, more than once, and aided in plaintiff's motions to be dismissed.

25. Defendant Tangular Gray, and defendant Pamela Block, has enforced a non-judicial order, by taking plaintiffs money without legal authority, violating plaintiffs Fourth, Fifth, and Fourteenth Amendments.

26. Defendants Robert R Kynoch and William Graves, has suspended plaintiffs license repeatedly without Due Process of Law or Judicial authority, when suspension was due to monetary debt, which made it a civil matter, violates plaintiffs Fifth, Seventh, and Fourteenth Amendment rights.

27. Defendant Jim Zingale has taken money from plaintiff without legal authority, which includes tax returns as well as stimulus checks, which violates plaintiffs Fifth and Fourteenth Amendments.

28. Plaintiff was imprisoned on 06/18/2019, again on 3/1/2020, and once again in June of 2020, twice by a Deputy Rodriguez, who is now retired, without probable cause, legal authority, nor a warrant, which violates plaintiffs Fourth, Fifth, and Fourteenth Amendments.

29. Hernando County Florida, Suffolk County New York and all defendants are acting under a cooperative agreement under the authority of 42 USC section

654(7), 45 CFR 302.34, and 45 CFR 303.101. Examples Harris County Texas, and Harrison County Ohio.

30. All defendants have proliferated using the Title IV-D program, abusing the law for financial gain using a fraudulent order that violates plaintiff's Constitutional Basic Rights.

31. Plaintiff has filed motions with Hernando County, and on February 3, 2023, both motions were dismissed even after plaintiff advised the hearing officer that the court had no jurisdiction, as the mother and child reside in North Carolina and the order lacks Judicial Signature.

32. Plaintiff's motions were again denied on February 24, 2023.

33. Plaintiff has filed motion after motion to Suffolk County Family Court and was denied on May 19, 2015, and again on December 24, 2018, due to lack of jurisdiction, as neither party resides in the State of New York, instead, they have stopped answering any motions completely when "silence can only be equated with fraud where there is a legal or moral duty to speak too where an inquiry left unanswered would intentionally misleading" STATES v. TWEEL, 550 F. 2d 297- COURT OF APPEALS (1977).

34. Plaintiff has filed a complaint with this court 3 times, 2 were dismissed, and the last I have yet to hear anything about.

## DAMAGES

35. Plaintiff hereby requests the court for $350,000 in damages, for money taken illegally since 2008, due to the actions of the Title IV-D program and its fraudulent order.

36. Plaintiff has suffered repeated suspensions, with a fine, reinstatement fees, as well as contempt hearings and fines that can be presented.

37. Plaintiff suffered illegal arrests, duress, and humiliation, being escorted out of work without a warrant, nor probable cause, nothing more than to pay a fee, without ever seeing a judge.

38. Due to the loss of plaintiff's license and registration, plaintiff has sustained a gradual loss in business, as it is difficult to run a lawn service without a license and registration, every month.

## DEMAND FOR JURY TRIAL

## CERTIFICATE OF SERVICE

Hubert Richards